**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **ANTHONY R DUPUIS** | **CASE NO.  2:20-CV-00152** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TIMBERLINE HOMES OF LOUISIANA L L C** | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 52], which has been converted to a Motion for Summary Judgment, is **GRANTED**, and Plaintiff Anthony Dupuis' claims against K&L Transport, LLC are hereby **DISMISSED, WITH PREJUDICE**.

MONROE, LOUISIANA, this 8th day of February 2022.

_____
Terry A. Doughty
United States District Judge